# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ROME DIVISION

| | | |
|---|---|---|
| Teresa Full, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 4:24-CV-00008-WMR |
| v. | ) | |
| | ) | |
| BUC-EE'S GEORGIA, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Buc-ee's Georgia, LLC and pursuant to Local Rule 3.3, files its Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1)  The undersigned counsel of record for Defendant certifies that the following list is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Buc-ee's Georgia, LLC; and

Teresa Full, an individual person.

Buc-ee's Georgia, LLC is a limited liability company created and existing under the laws of the State of Delaware with its principal place of business in Texas,

and is thus domiciled in, and a citizen of the State of Delaware and the State of Texas for diversity purposes.[1] Buc-ee's, Ltd. is the sole member of Defendant Buc-ee's Georgia, LLC. The sole general partner of Buc-ee's, Ltd. is Buc-ee's Management, LLC, and the sole limited partner of Buc-ee's, Ltd. is Buc-ee's Holdings, Inc., both of which are Delaware entities with their principal place of business in Texas.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Donald Wasek and Arch H. Aplin, III have an interest in the parent organizations.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Patrick A. Matson of Matson & Matson, P.C. for Plaintiff; and

David J. Forestner of Jones Walker LP for Defendant.

---

[1] Federal Rule of Civil Procedure 7.1 requires that a party in a diversity case disclose their citizenship and the citizenship of any party attributed to that party.

Respectfully submitted, this 26th day of January, 2024.

/s/ *David J. Forestner*
David J. Forestner
Georgia Bar No. 269177
dforestner@joneswalker.com
JONES WALKER LLP
3455 Peachtree Road NE
Suite 1400
Atlanta, Georgia 30326
Tel.: (404) 870-7500
Fax.: (404) 870-7501

*Attorney for Defendant Buc-ee's Georgia, LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ *David J. Forestner*
David J. Forestner

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT electronically filed on January 26, 2024 via CM/ECF, which will send email notification of such filing on all counsel of record.

This 26th day of January, 2024.

*/s/ David J. Forestner*
David J. Forestner