# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| Teresa Full, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 1:24-CV-00008-WMR |
| v. | ) | |
| | ) | |
| BUC-EE'S GEORGIA, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT BUC-EE'S GEORGIA, LLC'S REPLY IN SUPPORT OF ITS STATEMENT OF MATERIAL FACTS WHICH SHOW THERE IS NO GENUINE ISSUE TO BE TRIED IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

David J. Forestner
Georgia Bar No. 269177
dforestner@joneswalker.com
JONES WALKER LLP
3455 Peachtree Road NE, Suite 1400
Atlanta, Georgia 30326
Telephone:
Facsimile:

*Attorneys for Defendant*

1

COMES NOW Defendant Buc-ee's Georgia, LLC and, responds to inform the Court that all of the facts alleged in Defendant's Statement of Material Facts Which Show There is No Genuine Issue to be Tried in Support of its Motion for Summary Judgment ("SOUMF") (D.E. 28-2) should be deemed admitted by Plaintiff Teresa Full pursuant to Local Rule 56.1(B)(2)(2)(i).

Plaintiff failed to make any citation to the record to the following numbered paragraphs set forth in Defendant's SOUMF whatsoever:

3, 9, 13-15, 19, 20, 24, 33, 34, 41-48, 50-52 and 56.

Plaintiff failed to make a specific citation to the record in her response to paragraph 5.

The remaining paragraphs were undisputed.

Defendant therefore moves the Court to deem these allegations admitted by Plaintiff.

Defendant responds to the individual responses as follows:

1. Undisputed.

2. Undisputed.

3. Undisputed by any citation to the record. Defendant objects to the additional facts alleged by Plaintiff in her response to Allegation of Undisputed Fact

Number 3 because they are not supported by a specific citation to the record as required by L.R. 56(B)(2)(a)(2)(i).

4. Undisputed.

5. Undisputed.

6. Undisputed.

7. Undisputed.

8. Undisputed.

9. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because it fails to make any citation to the record to dispute Defendant's Statement of Fact Number 9 as required by L.R. 56(B)(2)(a)(2)(i).

10. Undisputed.

11. Undisputed.

12. Undisputed.

13. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any no citation to the record to dispute Defendant's Statement of Fact Number 13 as required by L.R. 56(B)(2)(a)(2)(i).

14. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 14 as required by L.R. 56(B)(2)(a)(2)(i).

#103328875v1

15. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 15 as required by L.R. 56(B)(2)(a)(2)(i).

16. Undisputed.

17. Undisputed.

18. Undisputed.

19. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 19 as required by L.R. 56(B)(2)(a)(2)(i).

20. Undisputed by any specific citation to the record. Defendant objects to Plaintiff's response because she fails to make any specific citation to a page or paragraph of the record to dispute Defendant's Statement of Fact Number 14 as required by L.R. 56(B)(2)(a)(2)(i). Plaintiff's citation is merely "See Exhibit C."

21. Undisputed.

22. Undisputed.

23. Undisputed.

24. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute

#103328875v1

Defendant's Statement of Fact Number 24 as required by L.R. 56(B)(2)(a)(2)(i).Undisputed.

25. Undisputed.

26. Undisputed.

27. Undisputed.

28. Undisputed.

29. Undisputed.

30. Undisputed.

31. Undisputed.

32. Undisputed.

33. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 33 as required by L.R. 56(B)(2)(a)(2)(i).

34. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 34 as required by L.R. 56(B)(2)(a)(2)(i).

35. Undisputed.

36. Undisputed.

37. Undisputed.

38. Undisputed.

39. Undisputed.

40. Undisputed.

41. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 41 as required by L.R. 56(B)(2)(a)(2)(i).

42. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 42 as required by L.R. 56(B)(2)(a)(2)(i).

43. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 43 as required by L.R. 56(B)(2)(a)(2)(i).

44. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 44 as required by L.R. 56(B)(2)(a)(2)(i).

45. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 45 as required by L.R. 56(B)(2)(a)(2)(i).

#103328875v1

46. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 46 as required by L.R. 56(B)(2)(a)(2)(i).

47. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 47 as required by L.R. 56(B)(2)(a)(2)(i).

48. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 48 as required by L.R. 56(B)(2)(a)(2)(i).

49. Undisputed.

50. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 50 as required by L.R. 56(B)(2)(a)(2)(i).

51. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 51 as required by L.R. 56(B)(2)(a)(2)(i).

52. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 52 as required by L.R. 56(B)(2)(a)(2)(i).

#103328875v1

53. Undisputed.

54. Undisputed.

55. Undisputed.

56. Undisputed by any citation to the record. Defendant objects to Plaintiff's response because she fails to make any citation to the record to dispute Defendant's Statement of Fact Number 56 as required by L.R. 56(B)(2)(a)(2)(i).

57. Undisputed.

58. Undisputed.

59. Undisputed.

60. Undisputed.

61. Undisputed.

This 26th day of November, 2024.

/s/ *David J. Forestner*
David J. Forestner
Georgia Bar No. 269177
dforestner@joneswalker.com
JONES WALKER LLP
3455 Peachtree Road, NE, Suite 1400
Atlanta, Georgia 30326
Telephone: 404-870-7500
Facsimile: 404-870-7501

*Attorneys for Defendant*

## **CERTIFICATION**

The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font and a 1.5-inch top margin in accordance with LR 5.1B, N.D. Ga.

This 26th day of November, 2024.

/s/ *David J. Forestner*
David J. Forestner

#103328875v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing DEFENDANT BUC-EE'S GEORGIA, LLC'S REPLY IN SUPPORT OF ITS STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT was electronically filed on November 26, 2024 via CM/ECF, which will send email notification of such filing on all counsel of record, including the following:

Patrick A. Matson
pm@matsonandmatson.com
MATSON & MATSON, P.C.
1600 Martha Berry Blvd.
Rome, Georgia 30165

This 26th day of November, 2024.

*/s/ David J. Forestner*
David J. Forestner

#103328875v1